USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/3/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JAMES TINDLEY,

Defendant.

No. 16-CR-784 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of the defendant's continued participation in the Young Adult Opportunity Program, time is hereby excluded under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) to November 3, 2020.

SO ORDERED.

Dated: February 3, 2020
New York, New York

Ronnie Abrams
United States District Judge