

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 30, 2020

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
The Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York
New York, New York 10007

    Re: *United States* v. *James Tindley.*, 16 Cr. 784 (RA)

Dear Judges Abrams and Netburn:

    On February 7, 2017, the defendant was admitted into the Young Adult Opportunity Program. Following the defendant's completion of the program, the parties have agreed upon a resolution for the case. The parties expect that the defendant will enter a guilty plea to a one-count superseding Information. Consistent with Rule 58(c)(3) of the Federal Rules of Criminal Procedure, should the Court determine that it will not impose a term of imprisonment, the parties request that following the defendant's entry of a guilty plea, the Court proceed straight to the sentencing of the defendant. In light of the ongoing public health emergency, the parties request that the Court set the matter for an arraignment and plea proceeding in June 2020. By order on February 3, 2020, the Court excluded time under the Speedy Trial Act until November 3, 2020.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney for the
    Southern District of New York

By: _____
    Michael C. McGinnis
    Assistant United States Attorney
    (212) 637-2305

cc:    Sylvie Levine (by ECF)