UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

    -against-

JAMES TINDLEY,

    **Defendant.**

-----------------------------------------------------------------X

16-CR-00784 (RA) -1

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

Due to a scheduling conflict, the plea hearing currently scheduled for Tuesday, June 9, 2020 at 2:00 p.m. will instead be held at 2:30 p.m. that same day. The plea will be held via Skype for Business. A video link will be distributed by email to counsel. The public may access the audio feed of the conference by calling (877) 402-9757 and using access code 7938632#.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    June 4, 2020
                New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/2020